1 | Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2 | 2473 S. Higley Road
Suite 104-308
3 | Gilbert, AZ 85295-1103
Office: (480) 756-8822
4 | Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Barbara Timms,** | No. CV10-285-PHX-MHB |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| **CreditOne, LLC,** | |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

RESPECTFULLY SUBMITTED:   March 25, 2010   .

                s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2473 S. Higley Road
Suite 104-308
Gilbert, AZ 85295-1103
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff